1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ADEYEMI COLLINS

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,            )
12                                      )   No. CR 06-00048 SBA
                    Plaintiff,          )
13                                      )   STIPULATION AND
           v.                           )   ORDER CONTINUING SUPERVISED
14                                      )   RELEASE VIOLATION HEARING
                                        )   AND DISPOSITION
15 ADEYEMI COLLINS,                     )
                                        )
16                                      )
                    Defendant.          )
17

18

19     IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised

20 release violation hearing and disposition, currently set for Tuesday, September 30, 2008 at 10:00

21 a.m. before Honorable Judge Saundra Brown Armstrong, may be continued to Tuesday, October 28,

22 2008, at 10:00 a.m.  The reason for the request is that defense counsel is unavailable on September

23 30, 2008, and would like to be present for the hearing.  Counsel has spoken to United States

24

25 ///

26 ///

*United States v. Collins*, CR 06-00048 SBA;
STIP. CONT. S.R. HEARING & DISPO         - 1 -

Probation Officer Myra Turner who has no objection to the continuance. She is available should the Court continue the matter to October 28, 2008.

DATED: September 25, 2008          /S/
                                    _____
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender


DATED: September 25, 2008          /S/
                                    _____
                                    CHINHAYI COLEMAN
                                    Assistant United States Attorney

    I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the supervised release violation hearing and disposition, currently set for Tuesday, September 30, 2008 at 10:00 a.m. before Honorable Judge Saundra Brown Armstrong, is hereby continued to Tuesday, October 28, 2008, at 10:00 a.m.

SO ORDERED.

DATED:   9/30/08                    _____
                                    HONORABLE SAUNDRA BROWN ARMSTRONG
                                    United States District Judge

*United States v. Collins*, CR 06-00048 SBA;
STIP. CONT. S.R. HEARING & DISPO          - 2 -